UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60360-CIV-ZLOCH

UNUM LIFE INSURANCE COMPANY OF
AMERICA, INC.,

    Plaintiff,

vs.                                    **FINAL ORDER OF REMAND**

DIANE HARDGE,

    Defendant/Third Party
    Plaintiff,

vs.

BROWARD COUNTY SCHOOL BOARD,

    Third Party Defendant.
_____/

    THIS MATTER is before the Court upon Defendant, Third-Party Plaintiff Diane Hardge's Motion For Remand (DE 4). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Defendant, Third-Party Plaintiff Diane Hardge (hereinafter "Hardge") removed this action from state court. In her Notice of Removal (DE 1), she alleged that the Court had subject matter jurisdiction over this action, under its original jurisdiction, because she recently raised a claim under ERISA against Third-Party Defendant Broward County School Board. Hardge then filed the instant motion, in which she alleges that the Court lacks jurisdiction over this action because Broward County School Board

is a governmental agency and therefore exempt from ERISA actions. See Dickerson v. Alexander Hamiliton Life Ins. Co. of America, 130 F. Supp. 2d 1271, 1275-76 (N.D. Ala. 2001).  Thereafter, Plaintiff UNUM Life Insurance Company of America, Inc. filed a Response in which it conceded that the Court lacks jurisdiction over this action.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The above-styled cause be and the same is hereby **REMANDED** to state court;

    2. The Clerk of the United States District Court, Southern District of Florida, be and the same is hereby **DIRECTED** to forward a certified copy of this Order to the Clerk of the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, Case No. 06-018669; and

    3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___3rd___ day of April, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

Clerk, Circuit Court (Certified Copy)
Broward County, Florida
Case No. 06-018669